```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

GODOFREDO LEANDRO GONZALEZ, et. al.

Defendants.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that there shall be an initial conference and arraignment in this action on Tuesday, **September 4, 2018 at 2:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       August 23, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge