

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 30, 2018

**BY ECF and Email**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:   *United States* **v.** *Leandro Gonzalez et al.*,
              **18 Cr. 601 (PGG)**

Dear Judge Gardephe:

     The Government respectfully submits the enclosed letter seeking relief pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure. For the reasons set forth therein, the Government respectfully requests that the Court review the enclosed submission *ex parte*, and maintain the submission under seal.

                                Respectfully submitted,

                                GEOFFREY S. BERMAN
                              United States Attorney

             By:         /s/
                        Emil J. Bove III
                        Amanda L. Houle
                        Elizabeth A. Hanft
                        Assistant United States Attorneys
                        Tel: (212) 637-2444/2194/2334

Enclosures

Cc:    Defense Counsel
       (Via ECF, without enclosures)