i962gonC kjc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,                    New York, N.Y.

            v.                               18 Cr. 601(PGG)

GODOFREDO LEANDRO GONZALEZ, *et
al.*,

                Defendants.

------------------------------x             Conference

                                            September 6, 2018
                                            12:40 p.m.


Before:

                    HON. PAUL G. GARDEPHE,

                                            District Judge



                        APPEARANCES

GEOFFREY S. BERMAN
     United States Attorney for the
     Southern District of New York
BY:  AMANDA L. HOULE
     Assistant United States Attorney


FEDERAL DEFENDERS OF NEW YORK
     Attorneys for Defendant Gonzalez
BY: CLAY H. KAMINSKY


FLORIAN MIEDEL
     Attorney for Defendant Monasterio


DAVID S. GREENFIELD
     Attorney for Defendant Maikel

i962gonC kjc

1                          APPEARANCES
                           (continued)
2

3    LISA SCOLARI
          Attorney for Defendants Roopwah and Torres
4

5    DAVID K. BERTAN
          Attorney for Defendant Sucre
6

7

8    ALSO PRESENT:

9    BERNARD GROENEVELD, Dutch Interpreter

10   MIRTA HESS, Spanish Interpreter

11   ERIKA DE LOS RÍOS, Spanish Interpreter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

i962gonC kjc

```
1              (Case called)

2              THE DEPUTY CLERK:  Is the government ready?

3              MS. HOULE:  Yes.  Good afternoon, your Honor.  Amanda

4     Houle for the government.

5              THE DEPUTY CLERK:  Defendants ready?

6              MR. KAMINSKY:  Yes, your Honor.  Clay Kaminsky,

7     Federal Defenders, for Mr. Leandro Gonzalez.

8              MR. MIEDEL:  Good afternoon.  Florian Miedel, for Luis

9     Febres Monasterio, who is second in the front row.

10             MR. GREENFIELD:  Good afternoon, your Honor.  David

11    Greenfield for Mr. Maikel, who is last on your right.

12             THE COURT:  All right.

13             MS. SCOLARI:  Your Honor, with the court's permission,

14    I will stand in for César De Castro for Omar Torres.  Mr.

15    Torres, would you raise your hand?  He is in the jury box.  And

16    I have spoken to both Mr. Torres and my client, Mr. Roopwah,

17    and they both agree I can stand in for today if the court

18    approves.

19             THE COURT:  All right.

20             MR. BERTAN:  David Bertan here for Mr. Sucre.  He is

21    seated in position number three in the front row.

22             THE COURT:  All right.

23             MS. SCOLARI:  And again, I represent Mr. Roopwah, Lisa

24    Scolari.

25             THE COURT:  Right.  Got it.
```

i962gonC kjc

1    We are here for purposes of arraigning the defendants

2  on the charges in the indictment, and so I will start with

3  Mr. Gonzalez.

4    Mr. Gonzalez you are here with Mr. Kaminski as your

5  attorney this afternoon, is that correct?

6    DEFENDANT GONZALEZ:  Yes.

7    THE COURT:  Mr. Monasterio, you are here with

8  Mr. Miedel as your attorney this afternoon, is that correct?

9    DEFENDANT MONASTERIO:  Yes.

10    THE COURT:  Mr. Maikel, I'm sorry if I am

11  mispronouncing that, you are here with Mr. Greenfield as your

12  attorney this afternoon?

13    DEFENDANT MAIKEL:  Yes, sir.

14    THE COURT:  Mr. Torres, Ms. Scolari is standing in for

15  your attorney, Mr. de Castro, this afternoon, is that correct?

16    DEFENDANT TORRES:  Yes.

17    THE COURT:  And Mr. Roopwah, you are being represented

18  by Ms. Scolari this afternoon, is that correct?

19    DEFENDANT ROOPWAH:  That's correct.

20    THE COURT:  And then Mr. Sucre, you are here with

21  Mr. Bertan as your attorney this afternoon, is that correct?

22    DEFENDANT SUCRE:  Yes.

23    THE COURT:  I need to ask each of you if you have

24  received a copy of the indictment and if it has been read to

25  you in your native language.

i962gonC kjc

1          I will start with you, Mr. Gonzalez.  Have you

2   received a copy of the indictment and have the charges been

3   read to you?

4          DEFENDANT GONZALEZ:  Yes.

5          THE COURT:  And Mr. Monasterio, have you received a

6   copy of the indictment and has the indictment been read to you?

7          DEFENDANT MONASTERIO:  Yes.

8          THE COURT:  Mr. Maikel, have you received a copy of

9   the indictment and has it been read to you?

10          DEFENDANT MAIKEL:  Yes, I discussed it with my

11   attorney.

12          THE COURT:  Mr. Torres, have you received a copy of

13   the indictment and has it been read to you?

14          DEFENDANT TORRES:  Yes.

15          THE COURT:  And Mr. Roopwah, have you received a copy

16   of the indictment and has it been read to you?

17          DEFENDANT ROOPWAH:  Yes, my Honor.  Yes.

18          THE COURT:  Mr. Sucre, sorry, Mr. Sucre, have you

19   received a copy of the indictment and has it been read to you?

20          DEFENDANT SUCRE:  Yes.

21          THE COURT:  And have each of you had an opportunity to

22   discuss the charges in the indictment with your attorney?

23          Mr. Gonzalez?

24          DEFENDANT GONZALEZ:  Yes.

25          THE COURT:  Mr. Monasterio?

1    DEFENDANT MONASTERIO:  Yes.

2    THE COURT:  Mr. Maikel?

3    DEFENDANT MAIKEL:  Yes.

4    THE COURT:  Mr. Torres?

5    DEFENDANT TORRES:  Yes.

6    DEFENDANT ROOPWAH:  Mr. Roopwah?

7    THE DEFENDANT:  Yes, my Honor.

8    THE COURT:  And Mr. Sucre?

9    DEFENDANT SUCRE:  Yes.

10    THE COURT:  I need each of you to understand the

11    charges against you in the indictment, so I'm going to review

12    them with you.  In the first charge in the indictment, you are

13    charged with violating statutes that make it unlawful to

14    conspire or agree to distribute cocaine or to possess cocaine

15    with the intent to distribute it while on board a vessel that

16    is subject to the maritime jurisdiction of the United States.

17    In the second count or charge in the indictment, each

18    of you is charged with violating a statute or statutes that

19    make it unlawful to distribute cocaine or to possess cocaine

20    with intent to distribute it while on board a vessel that is

21    subject to the maritime jurisdiction of the United States.

22    Do each of you understand that those are the charges

23    against you?

24    Mr. Gonzalez, do you understand those are the charges

25    against you?

i962gonC kjc

1          DEFENDANT GONZALEZ:  Yes.

2          THE COURT:  Mr. Monasterio, do you understand those

3    are the charges against you?

4          DEFENDANT MONASTERIO:  Yes.

5          THE COURT:  Mr. Maikel, do you understand those are

6    the charges against you?

7          DEFENDANT MAIKEL:  Yes, your Honor.

8          THE COURT:  Mr. Torres, do you understand those are

9    the charges against you?

10         DEFENDANT TORRES:  Yes.

11         THE COURT:  Mr. Roopwah, do you understand those are

12   the charges against you.

13         DEFENDANT ROOPWAH:  Yes.  Yes, my Honor.

14         THE COURT:  Mr. Sucre, do you understand those are the

15   charges against you?

16         DEFENDANT SUCRE:  Yes.

17         THE COURT:  Does anyone want me to read the indictment

18   to them now here in open court?

19         Mr. Gonzalez, do you want me to read the indictment to

20   you?

21         DEFENDANT GONZALEZ:  No.

22         THE COURT:  Mr. Monasterio, do you want me to read the

23   indictment to you?

24         DEFENDANT MONASTERIO:  No.

25         THE COURT:  Mr. Maikel, do you want me to read the

1  indictment to you?

2         DEFENDANT MAIKEL:  No, sir.

3         THE COURT:  Mr. Torres, do you want me to read the

4  indictment to you?

5         DEFENDANT TORRES:  No.

6         THE COURT:  Mr. Roopwah, do you want me to read the

7  indictment to you?

8         DEFENDANT ROOPWAH:  No, my Honor.

9         THE COURT:  And Mr. Sucre, do you want me to read the

10  indictment to you?

11         DEFENDANT SUCRE:  No.

12         THE COURT:  Then I'm going to ask each of you now as

13  to each charge how you plead, whether you plead guilty or not

14  guilty.

15         Starting with you, Mr. Gonzalez, how do you plead as

16  to the first charge in the indictment?  Guilty or not guilty.

17         DEFENDANT GONZALEZ:  Not guilty.

18         THE COURT:  And with respect to Count Two of the

19  indictment?  Guilty or not guilty.

20         DEFENDANT GONZALEZ:  Not guilty.

21         THE COURT:  Mr. Monasterio, with respect to Count One

22  of the indictment, guilty or not guilty?

23         DEFENDANT MONASTERIO:  Not guilty.

24         THE COURT:  And with respect to Count Two of the

25  indictment, guilty or not guilty?

1        DEFENDANT MONASTERIO:  Not guilty.

2        THE COURT:  Mr. Maikel, with respect to Count One of

3   the indictment, guilty or not guilty?

4        DEFENDANT MAIKEL:  Not guilty, your Honor.

5        THE COURT:  And with respect to Count Two of the

6   indictment, guilty or not guilty?

7        DEFENDANT MAIKEL:  Not guilty.

8        THE COURT:  Mr. Torres, with respect to Count One of

9   the indictment, guilty or not guilty?

10        DEFENDANT TORRES:  Not guilty.

11        THE COURT:  And with respect to Count Two of the

12   indictment, guilty or not guilty?

13        DEFENDANT TORRES:  Not guilty.

14        THE COURT:  Mr. Roopwah, with respect to Count One of

15   the indictment, guilty or not guilty?

16        DEFENDANT ROOPWAH:  Not guilty, my Honor.

17        THE COURT:  And with respect to Count Two of the

18   indictment, guilty or not guilty?

19        DEFENDANT ROOPWAH:  Not guilty, my Honor.

20        THE COURT:  And Mr. Sucre, with respect to Count One

21   of the indictment, guilty or not guilty?

22        DEFENDANT SUCRE:  Not guilty.

23        THE COURT:  And with respect to Count Two of the

24   indictment, guilty or not guilty?

25        DEFENDANT SUCRE:  Not guilty.

i962gonC kjc

1        THE COURT:  Will the government tell me the nature and

2    magnitude of the discovery materials.

3        MS. HOULE:  Yes.  Thank you, your Honor.

4        The government has just produced to defense counsel a

5    CD that contains principally the materials from the Coast

6    Guard, so that includes photos from the interdiction of the

7    defendants' vessel and records relating to the cocaine found

8    onboard, as well as records from the Coast Guard officers who

9    participated in the interdiction.  Their statements are

10   included in the discovery which also relate to statements of

11   the defendants.  They took certain statements from the

12   defendants, and that's included in this discovery.

13       The remaining piece for discovery, your Honor, is that

14   there is a search warrant that the government expects to swear

15   out in the coming days as there were several electronic devices

16   that were obtained on the vessel, and we will produce those as

17   soon as we are able to extract the contents, hopefully within

18   one week if we don't run into any issues.

19       THE COURT:  All right.  This is a case brought under

20   the statutes that relate to vessels that are as a matter of law

21   regarded to be under the maritime jurisdiction of the United

22   States.  Defendants in these types of cases frequently have

23   brought motions in front of me challenging the application of

24   these statutes to their clients, and I have issued decisions in

25   such cases in the past, but I wanted to inquire of defense

i962gonC kjc

1    counsel whether they had a sense at this point whether they

2    would be bringing motions that challenge the application of

3    these statutes to their clients in this case.  Has anyone

4    thought about that at this point?

5          MR. KAMINSKY:  Your Honor, I think we all find that we

6    would rather review the discovery first before we see whether

7    there might be a motion.

8          THE COURT:  Have defense counsel talked amongst

9    themselves about, given what the assistant has said, when it

10   might make sense for us to see each other again?

11         MR. KAMINSKY:  I think we believe mid October would be

12   reasonable, your Honor.

13         THE COURT:  All right.  So, Mike, we are looking for a

14   date in mid October.

15         THE DEPUTY CLERK:  Tuesday, October 16, 12:30 is

16   available, your Honor.

17         THE COURT:  How does October 16, 12:30, look for

18   everybody?

19         MS. SCOLARI:  Your Honor, I don't want to intervene to

20   change the date, but I'm going to be on trial.  I can ask a

21   colleague to cover.

22         MR. BERTAN:  I will be out of the country until that

23   night, but if someone is willing to cover for a status

24   conference, I will just clear it with my client beforehand.

25         MR. GREENFIELD:  That's fine with me, October 16.

i962gonC kjc

1    THE COURT:  Mr. Kaminsky, you are all right with that

2  date?

3    MR. KAMINSKY:  No objection, your Honor.

4    MR. MIEDEL:  No objection.

5    THE COURT:  So our next conference will be October 16

6  at 12:30.

7    Does the government wish me to exclude time between

8  then and now?

9    MS. HOULE:  Yes, your Honor.  We move to exclude time

10  through October 16, 2018, to permit the defense to review the

11  discovery materials and to contemplate any motions.

12    THE COURT:  Is there any objection?

13    MR. MIEDEL:  No objection.

14    MS. SCOLARI:  No, your Honor.

15    COUNSEL:  No objection.

16    THE COURT:  Then I will exclude time between today and

17  October 16, 2018, under the Speedy Trial Act pursuant to Title

18  18 United States Code § 3161(h)(7)(A) to permit defense counsel

19  to review the discovery materials and to determine whether

20  there will be any pretrial motions.  I do find that the ends of

21  justice served by the granting of this continuance outweigh the

22  best interests of the public and the defendants in a speedy

23  trial.

24    Is there anything else?

25    MR. GREENFIELD:  No.

i962gonC kjc

1    MR. KAMINSKY:  Yes, your Honor.

2    THE COURT:  Mr. Kaminsky, go ahead.

3    MR. KAMINSKY:  A couple of issues, your Honor.

4    The first is, I note that on August 30, the government

5    filed a request seeking relief under Rule 16(d)(1).  Obviously

6    since it is an *ex parte* application, I don't know what the

7    government is seeking exactly, but I would note my objection to

8    receiving anything less than full Rule 16 discovery.

9    THE COURT:  All right.  I have issued an order

10   granting the government's application to delaying discovery for

11   a 45-day period.  I take note of your objection, but I granted

12   that application this morning.

13   MR. KAMINSKY:  Thank you, your Honor.

14   And there is one other matter, which is that my

15   client, Mr. Alexander Gonzalez, his glasses are broken, and he

16   has a broken tooth.  We have brought these matters to the

17   attention of MCC, where he recently landed.  He was in Valhalla

18   before that.  I just want to put them on the record in case, as

19   sometimes happens, MCC fails to address the situation.

20   THE COURT:  The tooth problem, is he in pain?

21   MR. KAMINSKY:  He is, your Honor.

22   THE COURT:  So I would ask the government to look into

23   these matters if you would.

24   How serious is the eyesight issue?  Is he able to read

25   without his glasses?

i962gonC kjc

1          MR. KAMINSKY:  My understanding is he has borrowed a

2     pair of glasses in order to be able to read, but he cannot read

3     without glasses.

4          THE COURT:  I would ask the government to speak with

5     someone at the MCC about both the dental issue, the tooth

6     issue, and the eyeglass issue.  I have encountered delays in

7     the past with the eyeglass issue, so I would like to get you to

8     put that on the calendar at the MCC so they can start

9     addressing it, because sometimes there is significant delay in

10    addressing eyeglass problems.  This has come up before.

11         MS. HOULE:  Understood, your Honor.

12         MR. KAMINSKY:  Thank you.

13         THE COURT:  Thank you.

14         If there is nothing else, we are adjourned.

15                              oOo

16

17

18

19

20

21

22

23

24

25