UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

GODOFREDO LEANDRO GONZALEZ,

Defendant.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing scheduled for **January 8, 2020 at 2:00 p.m.** will take place on **January 8, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of the Defendant are due on **December 12, 2019**, and any submission by the Government is due on **December 19, 2019.**

Dated: New York, New York
December 5, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge