**Federal Defenders**
OF NEW YORK, INC.

Southern D
52 Duane Street - 10th Floor, New York, NY
Tel: (212) 417-8700 Fax: (212) 57

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of N
Jennifer L. Brov
Attorney-in-Ch

December 9, 2019

**BY ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   United States v. Godofredo Leandro Gonzalez,
      18 Cr. 601 (PGG)

Dear Judge Gardephe:

I write to request that the Court adjourn Mr. Leandro Gonzalez's sentencing set for January 8, 2020, by approximately 30 days. I need this additional time to g mitigation materials and to prepare effectively for sentencing. This is my first requ for an adjournment of sentencing in this matter; the government consents to it.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:   Counsel of record

MEMO ENDORSED
The Application is granted. Sentencing is adjourned to Feb. 10, 2020 at 4:00. Defense submissions are due 2 weeks before sentencing. The government's sentencing submission is due one week before sentencing.
SO ORDERED:
*Paul Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: Dec. 10 2019