UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>GODOFREDO LEANDRO GONZALEZ,<br><br>Defendant. | **ORDER**<br><br>18 Cr. 601 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of Defendant Gonzalez, previously scheduled for August 13, 2020, will now take place on **October 23, 2020 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
August 10, 2020

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge