UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

GODOFREDO LEANDRO GONZALEZ,

Defendant.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of Defendant Godofredo Leandro Gonzalez, previously scheduled for April 19, 2021 will now take place on **April 26, 2021 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
April 19, 2021

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge