UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>GODOFREDO LEANDRO GONZALEZ,<br><br>Defendant. | **ORDER**<br><br>18 Cr. 601 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's sentencing proceeding, the Court is deeply concerned about Defendant Godofredo Leandro Gonzalez's medical condition: he has suffered two heart attacks, but is not receiving any heart medication, and he was diagnosed with cataracts that endanger his eyesight, but other than ointment, is not receiving treatment. Accordingly, the Government will discuss Mr. Gonzalez's condition with the Bureau of Prisons and submit a letter by **May 3, 2021** detailing how the Bureau of Prisons will address these medical conditions.

Dated: New York, New York
       April 26, 2021

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge